

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEARSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1: FIRST AMERICAN TITLE INSURANCE COMPANY; and NATIONSTAR MORTGAGE LLC; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 5:17-cv-00949-CAS(AJWx)<br><br>**[PROPOSED] JUDGMENT AWARDING DEFENDANTS NATIONSTAR MORTGAGE LLC AND U.S. BANK ATTORNEYS' FEES**<br><br>ACTION FILED: May 15, 2017<br>TRIAL DATE:　None Set |

**PLEASE TAKE NOTICE** that on August 14, 2017, the above-entitled Court granted the Motion of Defendants NATIONSTAR MORTGAGE LLC ("Nationstar") and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 ("U.S. Bank" and collectively "Defendants") for Attorneys' Fees against Plaintiff MARTIN PEARSON ("Plaintiff").  On April 17, 2018, the United States Court of Appeal for the Ninth Circuit affirmed this order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants are the prevailing parties and are entitled to all allowable attorneys' fees incurred herein from Plaintiff in the amount of **$14,660.00**.

DATED: April 20, 2018

BY THE COURT:

*[signature: Christina A. Snyder]*

Hon. Christina A. Snyder
United States District Judge